# In the United States Court of Federal Claims

SPA SYSPATRONIC AG

vs.                                             No. 10-769 C

THE UNITED STATES

## NOTICE

To:   Infineon-Technologies North America
      c/o Ms. Linda Brown
      640 N. McCarthy Boulevard
      Milpitas, CA 95035

    Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's' Complaint, and Defendant's Motion to Notice Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 1st day of February, 2011

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
Deputy Clerk

### RETURN OF SERVICE

    Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _____.
                                 (Date)

_____
Attorney of Record

## In the United States Court of Federal Claims

SPA SYSPATRONIC AG

vs.                                              No. 10-769 C

THE UNITED STATES

# NOTICE

To:  Gemalto North America
c/o Mr. Neville Pattinson
4401 Wilson Boulevard, Suite 210
Arlington, VA 22203

    Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court.  If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred.  For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's' Complaint, and Defendant's Motion to Notice Third Parties.**

                                           In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 1st day of February, 2011

                                           **Hazel C. Keahey**
                                           Clerk, U.S. Court of Federal Claims

                                           By: _____
                                                       Deputy Clerk

### RETURN OF SERVICE

    Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested.  See return receipt attached showing service on _____.
                              (Date)

                                              _____
                                                  Attorney of Record